Jordan D. Jeter, OSB No. 165437
  Direct: 503.802.2076
  Email: Jordan.Jeter@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779

   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| LIAM JOHNSTON,<br><br>      Plaintiff,<br><br>      v.<br><br>ICASHE, INC., A DELAWARE CORPORATION DBA PURS.DIGITAL,<br><br>      Defendant. | Civil No. 3:25-CV-1560<br><br>**ICASHE, INC. DBA PURS.DIGITAL'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441**<br><br>(Multnomah County Court Case No. 25CV40776) |

      PLEASE TAKE NOTICE that Defendant iCashe, Inc. dba Purs.digital ("Defendant"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby remove the above-titled action from the Circuit Court of the State of Oregon for the County of Multnomah to this Court. In support and as grounds therefore, Defendant states as follows:

      1.     Pursuant to 28 U.S.C. § 1441(a), this matter is being removed to the United States District Court for the District of Oregon, Portland Division, because the Complaint was filed in the Circuit Court of the State of Oregon for the County of Multnomah, which lies within this District.

PAGE 1 – NOTICE OF REMOVAL

2.   On July 15, 2025, Plaintiff Liam Johnston commenced a civil action against Defendant in the Circuit Court of the State of Oregon for the County of Multnomah, entitled LIAM JOHNSTON v. ICASHE, INC., A DELAWARE CORPORATION DBA PURS.DIGITAL, Case No. 25CV40776.  The pleadings and filings attached as Exhibit 1 to the Declaration of Jordan D. Jeter in Support of Defendant's Notice of Removal ("Jeter Decl.") constitute all of the process and pleadings received by Defendant in this action as required by 28 U.S.C. § 1446(a).

3.   The Complaint was served on Defendants on August 4, 2025.

4.   Pursuant to 28 U.S.C. § 1446(d), Defendant will serve a copy of this Notice of Removal upon Plaintiff and file a copy with the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah.

5.   Defendant reserves the right to supplement or amend this Notice of Removal.  If any question arises to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief oral argument in support of its position that this case is removable.

### REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1367

1.   This Notice of Removal complies with the requirements of 28 U.S.C. § 1446(b).

2.   Under 28 U.S.C. § 1331, the Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

3.   Here, the Court has original federal question jurisdiction under Section 1331 because Plaintiff brings a civil action arising under the laws of the United States, specifically, Racketeer Influenced and Corrupt Organizations Act ("RICO") (18 U.S.C. § 1961 *et seq.*).  See Jeter Decl., Ex. 1 at 15-22.

PAGE 2 – NOTICE OF REMOVAL

4.      Under 28 U.S.C. § 1367(a), "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy . . . ." "A state law claim is part of the same case or controversy when it shares a 'common nucleus of operative fact' with the federal claims and the state and federal claims would normally be tried together." *Bahrampour v. Lampert*, 356 F.3d 969, 978 (9th Cir. 2004) (citation omitted).

5.      Here, the Court has supplemental jurisdiction pursuant to Section 1367(a) because Plaintiff's state law claims for disability discrimination and whistleblower retaliation arise from the same common nucleus of operative fact—purported discrimination and retaliation against Plaintiff during his employment with Defendant—as the predicate acts and injury Plaintiff alleges in connection with his RICO claim and would, therefore, normally be tried together. *See* Jeter Decl., Ex. 1 at 1-24. Courts in this District routinely exercise supplemental jurisdiction over parallel state and federal employment claims. *See, e.g.*, *Doe v. Teachers Council, Inc.*, 757 F. Supp. 3d 1142, 1172 (D. Or. 2024) ("Doe's state and federal [disability discrimination] claims share the same common nucleus of operative fact and would normally be tried together[.]").

6.      By filing this Notice of Removal and removing this case, Defendant does not waive, but rather expressly reserve any and all defenses.

7.      This Notice of Removal is signed pursuant to Fed. R. Civ. Proc. 11. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

PAGE 3 – NOTICE OF REMOVAL

WHEREFORE, Defendant respectfully removes this matter from the Circuit Court of the State of Oregon for the County of Multnomah for it to proceed in this Court as an action properly removed hereto. If any question arises to the propriety of the removal of this action, Defendant respectfully requests the opportunity to amend and supplement this Notice of Removal and present a brief oral argument in support of their position that this case is removable.

DATED: September 2, 2025.

TONKON TORP LLP

By: *s/ Jordan D. Jeter*
Jordan D. Jeter, OSB No. 165437
Direct: 503.802.2076
Email: Jordan.Jeter@tonkon.com

*Attorneys for Defendant*

PAGE 4 – NOTICE OF REMOVAL

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **ICASHE, INC. DBA PURS.DIGITAL'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and hereby certify that I caused to be mailed by United States Postal Service and emailed the foregoing **ICASHE, INC. DBA PURS.DIGITAL'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441** to the non-CM/ECF participants:

Liam Johnston
2717 21st Street, Apt 6D
Astoria, NY 11102-4732

Email: capsaicinkid@gmail.com

*Pro Se Plaintiff*

DATED: September 2, 2025.

TONKON TORP LLP

By: *s/ Jordan D. Jeter*
Jordan D. Jeter, OSB No. 165437
Direct: 503.802.2076
Email: Jordan.Jeter@tonkon.com

*Attorneys for Defendant*

PAGE 1 –  CERTIFICATE OF SERVICE