Jordan D. Jeter, OSB No. 165437
  Direct: 503.802.2076
  Email: Jordan.Jeter@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779

  *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| LIAM JOHNSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ICASHE, INC., A DELAWARE CORPORATION DBA PURS.DIGITAL,<br><br>    Defendant. | Civil No. 3:25-CV-01560-JR<br><br>**ICASHE, INC. DBA PURS.DIGITAL'S CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant states that it has no parent company and that publicly held corporations that, directly or indirectly, own at least ten percent of Defendant's stock include: Lewis & Clark Bancorp.

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE 1 – DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

DATED: September 2, 2025.

       TONKON TORP LLP

     By: *s/ Jordan D. Jeter*
       Jordan D. Jeter, OSB No. 165437
       Direct: 503.802.2076
       Email: Jordan.Jeter@tonkon.com

     *Attorneys for Defendant*

PAGE 2 – DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **ICASHE, INC. DBA PURS.DIGITAL'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and hereby certify that I caused to be mailed by United States Postal Service and emailed the foregoing **ICASHE, INC. DBA PURS.DIGITAL'S CORPORATE DISCLOSURE STATEMENT** to the non-CM/ECF participants:

Liam Johnston
2717 21st Street, Apt 6D
Astoria, NY 11102-4732

Email: capsaicinkid@gmail.com

*Pro Se Plaintiff*

DATED: September 2, 2025.

                TONKON TORP LLP

                By: *s/ Jordan D. Jeter*
                    Jordan D. Jeter, OSB No. 165437
                    Direct: 503.802.2076
                    Email: Jordan.Jeter@tonkon.com

                *Attorneys for Defendant*