**Liam Johnston**
Plaintiff, Pro Se
2717 21st street
Apt 6D
Astoria, NY 11102
302-766-0117
capsaicinkid@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **LIAM JOHNSTON,**<br><br>       Plaintiff,<br><br>            v.<br><br>**iCASHE, INC.,**<br>a Delaware Corporation DBA Purs.digital,<br>       Defendant. | Civil No. 3:25-CV-1560<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIM** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIM**

TO THE COURT AND ALL PARTIES:

Plaintiff hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal of negligent misrepresentation claim of the Complaint, without prejudice. All other claims remain pending.

Respectfully submitted,

_[signature: Liam Johnston]_

**Liam Johnston**

Plaintiff, Pro Se

2717 21st street

Apt 6D

Astoria, NY 11102

302-766-0117

capsaicinkid@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on ___September 9___, 2025, I served a true and correct copy of the foregoing Notice of Voluntary Dismissal on all parties by the method(s) indicated below:

☑ By electronic filing through the Court's CM/ECF system
☑ By email to: Jordan.Jeter@tonkon.com
☑ By U.S. mail to Tonkon Torp LLP 1300 SW Fifth Ave., Suite 2400, Portland, OR 97201
☐ By hand delivery

_[signature: Liam Johnston]_

**Liam Johnston**

Plaintiff, Pro Se

2717 21st street

Apt 6D

Astoria, NY 11102

Plaintiff's Notice of Voluntary Dismissal – Page 2

302-766-0117
capsaicinkid@gmail.com

Plaintiff's Notice of Voluntary Dismissal – Page 3