Jordan D. Jeter, OSB No. 165437
  Direct:  503.802.2076
  Email:  Jordan.Jeter@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779

    *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| LIAM JOHNSTON,<br><br>    Plaintiff,<br><br>v.<br><br>ICASHE, INC., A DELAWARE CORPORATION DBA PURS.DIGITAL,<br><br>    Defendant. | Civil No. 3:25-CV-01560-JR<br><br>**JOINT STATUS REPORT** |

    This Joint Status Report is filed on behalf of Plaintiff and Defendant, pursuant to an Order of this Court dated September 16, 2025.

    Following the Court's Order dated September 16, 2025, Plaintiff and Defendant participated in mediation in the Multnomah County Small Claims Court on September 25, 2025. Plaintiff and Defendant were unable to reach an agreement, and the small claims court set the matter for trial on March 13, 2026 at 8:30 AM.

    Further, Defendant has moved for an order allowing attorney appearance in the small claims action, where attorneys are otherwise prohibited under the state court rules from appearing. Plaintiff did not oppose Defendant's motion, and the motion is currently pending

PAGE 1 – JOINT STATUS REPORT

before the small claims court. As of the date of this submission, the small claims court has not ruled on Defendant's motion to allow attorney appearance.

Pursuant to this Court's Order dated September 16, 2025, this matter remains stayed.

DATED: October 13, 2025.

TONKON TORP LLP

By: *s/ Jordan D. Jeter*
Jordan D. Jeter, OSB No. 165437
  Direct: 503.802.2076
  Email: Jordan.Jeter@tonkon.com

*Attorneys for Defendant*

By: *s/* Liam Johnston
Liam Johnston, *Pro Se Plaintiff*
Email: capsaicinkid@gmail.com

*Pro Se Plaintiff*

PAGE 2 – JOINT STATUS REPORT

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Liam Johnston
2717 21st Street, Apt 6D
Astoria, NY 11102-4732

Email: capsaicinkid@gmail.com

*Pro Se Plaintiff*

and hereby certify that I caused to be mailed by United States Postal Service and emailed the foregoing **JOINT STATUS REPORT** to the non-CM/ECF participants:

Liam Johnston
2717 21st Street, Apt 6D
Astoria, NY 11102-4732

Email: capsaicinkid@gmail.com

*Pro Se Plaintiff*

DATED:  October 13, 2025.

                TONKON TORP LLP

                By:   *s/* Jordan D. Jeter
                    Jordan D. Jeter, OSB No. 165437
                    Direct:  503.802.2076
                    Email:  Jordan.Jeter@tonkon.com

                *Attorneys for Defendant*

PAGE 1 – CERTIFICATE OF SERVICE